

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Deveron Deon Rogers, Appellant

No. 06-13-00262-CR        v.

The State of Texas, Appellee

Appeal from the 4th District Court of Rusk County, Texas (Tr. Ct. No. CR-13-098). Opinion delivered by Justice Carter, Chief Justice Morriss and Justice Moseley participating.

 

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment by deleting the assessment of $140.00 as reimbursement of the Texas Department of Public Safety Crime Laboratory. As modified, the judgment of the trial court is affirmed.

We note that the appellant, Deveron Deon Rogers, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED MAY 20, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk